# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SWINGLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:18-cv-01520-L-NLS<br><br>**ORDER GRANTING DEFENDANT'S MOTION [Doc. 3] TO DISMISS** |

Pending before the Court is Defendant's motion to dismiss. Plaintiff did not file an opposition. The Court therefore **GRANTS** Defendant's motion as unopposed. Civ. Loc. Rule 7.1(f)(3)(b) & (c); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). This dismissal is without prejudice to Plaintiff filing an amended complaint within twenty-one days of the entry of this order.

**IT IS SO ORDERED.**

Dated: August 27, 2018

_____
Hon. M. James Lorenz
United States District Judge